1  IRELL & MANELLA LLP
   Morgan Chu – mchu@irell.com (70446)
2  Samuel K. Lu – slu@irell.com (171969)
   Alan J. Heinrich – aheinrich@irell.com (212782)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
5
   David C. McPhie – dmcphie@irell.com (231520)
6  840 Newport Center Drive, Suite 400
   Newport Beach, CA  92660
7  Telephone:   (949) 760-0991
   Facsimile:    (949) 760-5200
8
   Attorneys for Plaintiff
9  AGILENT TECHNOLOGIES, INC.

10 AKIN GUMP STRAUSS HAUER & FELD, LLP
   Yitai Hu – yhu@akingump.com (California Admission Pending)
11 Steven Kaufhold – skaufhold@akingump.com (157195)
   Elizabeth H. Rader – erader@akingump.com  (184963)
12 1950 University Avenue, Suite 505
   E. Palo Alto, CA  94303
13 Telephone: (415) 765-9500
   Facsimile: (415) 765-9501
14
   Attorneys for Defendants
15 ELAN MICROELECTRONICS CORP. and
   ELAN INFORMATION TECHNOLOGY GROUP
16

*IT IS SO ORDERED*
*Judge James Ware*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    SAN JOSE DIVISION

20 AGILENT TECHNOLOGIES, INC., a      )  CASE NO. 5:04-cv-05385-JW
   Delaware corporation,              )
21                                    )  **STIPULATION AND [PROPOSED]**
                 Plaintiff,           )  **ORDER TO RESCHEDULE INITIAL**
22                                    )  **CASE MANAGEMENT CONFERENCE**
         v.                           )  TO MON. AUGUST 22, 2005 @10AM
23                                    )
   ELAN MICROELECTRONICS CORP., a     )
24 Taiwanese corporation; and ELAN    )
   INFORMATION TECHNOLOGY GROUP, a    )
25 California corporation,            )  ****MODIFIED BY THE COURT****
                                      )
26               Defendants.          )
                                      )
27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION TO RESCHEDULE INITIAL CASE
MANAGEMENT CONFERENCE
CASE NO. 5:04-CV-05385-JW

1  Pursuant to Civil Local Rule 7-12, attorneys for Plaintiff Agilent Technologies, Inc.
2  ("Agilent") and Defendants Elan Microelectronics Corp. ("Elan") and Elan Information
3  Technology Group ("EIT Group") hereby stipulate to reschedule the initial Case Management
4  Conference in this matter, which is currently set for July 25, 2005.  The parties propose that the
5  initial Case Management Conference be rescheduled to Monday, August 1, 2005 at 10:00 A.M.
6  Good cause exists for this request.  Scheduling conflicts have arisen which render the
7  previously scheduled date unmanageable.  Accordingly, the parties respectfully request that the
8  Court postpone the initial Case Management Conference, currently set for July 25, 2005, to
9  August 1, 2005.  A proposed order accompanies this stipulation on the following page.

Dated:  June 30, 2005        IRELL & MANELLA LLP
                              David C. McPhie


                              By: /s/ David C. McPhie
                                  David C. McPhie
                                  Attorneys for Plaintiff
                                  AGILENT TECHNOLOGIES, INC.


Dated:  June 30, 2005        AKIN GUMP STRAUSS HAUER & FELD, LLP
                              Steven Kaufhold


                              By: /s/ Steven Kaufhold
                                  Steven Kaufhold
                                  Attorneys for Defendants
                                  ELAN MICROELECTRONICS CORP. and
                                  ELAN INFORMATION TECHNOLOGY

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Steven Kaufhold.

Dated: June 30, 2005              By:    /s/ David C. McPhie

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION TO RESCHEDULE INITIAL CASE
MANAGEMENT CONFERENCE
CASE NO. 5:04-cv-05385-JW                - 2 -

1

2 **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the initial Case

3 Management Conference in this matter shall be rescheduled to Monday, ~~August 1, 2005 at 10:00~~ August 22, 2005 @ 10

4 A.M.

5

6 Dated: 7/1/05         , 2005        /s/ James Ware

7                                     Hon. James Ware
                                      United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION TO RESCHEDULE INITIAL CASE
MANAGEMENT CONFERENCE
CASE NO. 5:04-cv-05385-JW                - 3 -