1  IRELL & MANELLA LLP
   Morgan Chu – mchu@irell.com (70446)
2  Samuel K. Lu – slu@irell.com (171969)
   Alan J. Heinrich – aheinrich@irell.com (212782)
3  Richard E. Lyon – rlyon@irell.com (229288)
   Jonathan P. Steinsapir – jsteinsapir@irell.com (226281)
4  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
5  Telephone:   (310) 277-1010
   Facsimile:    (310) 203-7199
6
   Attorneys for Plaintiff and
7  Counterclaim-Defendant
   AGILENT TECHNOLOGIES, INC., and
8  for Proposed Plaintiffs and Counterclaim-
   Defendants AVAGO TECHNOLOGIES
9  GENERAL IP PTE LTD. and AVAGO
   TECHNOLOGIES ECBU IP PTE LTD.
10
   AKIN GUMP STRAUSS HAUER & FELD, LLP
11 Yitai Hu – yhu@akingump.com (CA Admission Pending)
   Elizabeth H. Rader – erader@akingump.com  (184963)
12 1950 University Avenue, Suite 505
   E. Palo Alto, CA  94303
13 Telephone:  (415) 765-9500
   Facsimile:  (415) 765-9501
14
   Attorneys for Defendants
15 ELAN MICROELECTRONICS CORP. and
   ELAN INFORMATION TECHNOLOGY GROUP
16

*[Court seal: "IT IS SO ORDERED" signed by Judge James Ware]*

17                  UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA
19                         SAN JOSE DIVISION

20 AGILENT TECHNOLOGIES, INC.,              ) Case No. 5:04-cv-05385-JW
      a Delaware corporation,               )
21                                          ) **STIPULATION AND [PROPOSED]**
                 Plaintiff,                 ) **ORDER SUBSTITUTING AVAGO**
22                                          ) **TECHNOLOGIES GENERAL IP PTE**
         v.                                 ) **LTD. AND AVAGO TECHNOLOGIES**
23                                          ) **ECBU IP PTE LTD. AS PARTIES IN**
   ELAN MICROELECTRONICS CORP.,             ) **PLACE OF AGILENT TECHNOLOGIES,**
24    a Taiwanese corporation, and ELAN     ) **INC., PURSUANT TO FEDERAL RULE**
      INFORMATION TECHNOLOGY GROUP,         ) **OF CIVIL PROCEDURE 25(c)**
25    a California corporation,             )
                                            )
26               Defendants.                )
                                            )
27 ─────────────────────────────            )
                                            )
   AND RELATED COUNTERCLAIMS                )
28 ─────────────────────────────            )

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING PARTY Case No. 5:04-cv-05385-JW

1    This action involves *inter alia* claims for patent infringement and counterclaims for
2 invalidity and noninfringement of the following patents: U.S. Patent No. 6,433,780, entitled
3 "Seeing Eye Mouse For A Computer System;" and U.S. Patent No. 5,786,804, entitled "Method
4 and System for Tracking Attitude."  At the time this action was filed, these patents were assigned
5 to Agilent Technologies, Inc. ("Agilent").
6    Agilent's entire right, title and interest in the patents-in-suit has been transferred and
7 assigned to Avago Technologies General IP PTE Ltd. and Avago Technologies ECBU IP PTE
8 Ltd., both companies being organized and incorporated under the laws of Singapore.  Accordingly,
9 Agilent no longer has any interest in this litigation.
10   Therefore, the parties to this action, through their respective attorneys of record, stipulate
11 and agree as follows:
12   (1) Agilent Technologies, Inc., is no longer a party to this action, except for the purposes
13 of continued discovery as further described below, as its entire right title, and interest in the
14 patents-in-suit has been transferred and assigned to Avago Technologies General IP PTE Ltd. and
15 Avago Technologies ECBU IP PTE Ltd.
16   (2) Agilent Technologies, Inc., will be treated as a party to this action only to the extent it
17 needs to fulfill any current and future discovery obligations, including but not limited to, (a)
18 responding to and supplementing its responses to interrogatories and document requests already
19 served on it, (b) responding to any additional document requests and interrogatories served by
20 Defendants in this case, and (c) producing witnesses who are current employees of Agilent or
21 whom Agilent has control over, both for depositions and at trial.
22   (3)  Subject to the conditions of paragraph (2) above, Avago Technologies General IP PTE
23 Ltd. and Avago Technologies ECBU IP PTE Ltd. are jointly substituted as parties to this action in
24 place of Agilent Technologies, Inc., pursuant to Federal Rule of Civil Procedure 25(c).
25   (3) Avago Technologies General IP PTE Ltd. and Avago Technologies ECBU IP PTE
26 Ltd., hereby acknowledge actual notice of this action and subject themselves to the jurisdiction of
27 this Court in this action.
28

STIPULATION AND [PROPOSED] ORDER
SUBSTITUTING PARTY Case No. 5:04-cv-05385-JW

- 1 -

1  (4) In order to avoid administrative confusion, this action should be re-captioned as
2  follows: "Avago Technologies General IP PTE Ltd. and Avago Technologies ECBU IP PTE Ltd.,
3  Plaintiff/Counterclaim Defendant v. Elan Microelectronics Corp., and Elan Information
4  Technology Group, Defendants/Counterclaim Plaintiffs."

Dated:  February 16, 2006                    IRELL & MANELLA LLP


By: /s/ Richard E. Lyon
    Richard E. Lyon
    Attorneys for and Plaintiff
    Counterclaim-Defendant
    AGILENT TECHNOLOGIES, INC. and for
    Proposed Plaintiffs and Counterclaim-
    Defendants AVAGO TECHNOLOGIES
    GENERAL IP PTE LTD. and
    AVAGO TECHNOLOGIES ECBU IP
    PTE LTD.


Dated:  February 16, 2006                    AKIN GUMP STRAUSS HAUER & FELD, LLP


By: /s/ Gary C. Ma
    Gary C. Ma
    Attorneys for and Defendant
    Counterclaim-Plaintiff
    ELAN MICROELECTRONICS CORP. and
    ELAN INFORMATION TECHNOLOGY
    GROUP

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Gary Ma, Esq., Attorney for Defendants and Counterclaim-Plaintiffs Elan Microelectronics Corp., and Elan Information Technology Group.

Dated:  February 16, 2005                    By: /s/ Richard E. Lyon

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that: (1) Agilent |
| 2 | Technologies, Inc., is no longer a party to this action, as all right, title, and interests in the patents- |
| 3 | in-suit have been transferred and assigned to Avago Technologies General IP PTE Ltd. and Avago |
| 4 | Technologies ECBU IP PTE Ltd.; (2) Avago Technologies General IP PTE Ltd. and Avago |
| 5 | Technologies ECBU IP PTE Ltd. are jointly substituted as parties to this action in place of Agilent |
| 6 | Technologies, Inc., pursuant to Federal Rule of Civil Procedure 25(c); and (3) the clerk shall re- |
| 7 | caption this action as follows: "Avago Technologies General IP PTE Ltd. and Avago |
| 8 | Technologies ECBU IP PTE Ltd., Plaintiff/Counterclaim Defendant v. Elan Microelectronics |
| 9 | Corp., and Elan Information Technology Group, Defendants/Counterclaim Plaintiffs."  This Court |
| 10 | will maintain jurisdiction over Agilent and Agilent will be treated as if it were a party to this |
| 11 | action only for purposes of discovery, including but not limited to (a) responding to and |
| 12 | supplementing its responses to interrogatories and document requests already served on it, (b) |
| 13 | responding to any additional document requests and interrogatories served by Defendants in this |
| 14 | case, and (c) producing witnesses who are current employees of Agilent or whom Agilent has |
| 15 | control over, both for depositions and for trial, until the conclusion of this action. |
| 17 | **IT IS SO ORDERED.** |
| 19 | Dated: May 10, 2006 |
| 20 | HONORABLE JAMES WARE<br>UNITED STATES DISTRICT JUDGE |