[All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ELAN MICROELECTRONICS CORP., a Taiwanese corporation, and ELAN INFORMATION TECHNOLOGY GROUP, a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:04-cv-05385-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

This action involves *inter alia* claims for patent infringement and counterclaims for invalidity and noninfringement of the following patents of Plaintiff Avago Technologies ("Avago"): U.S. Patent No. 6,433,780, entitled "Seeing Eye Mouse For A Computer System,"; and U.S. Patent No. 5,786,804, entitled "Method and System for Tracking Attitude."

On July 11, 2006, Defendants Elan Microelectronics Corp. and Elan Information Technology Group (collectively "Defendants") filed motions for summary judgment for noninfringement of each patent in suit. (Docket Nos. 89, 94.) The Court continued the hearing on these motions to September 18, 2006, at 9:00 a.m.

1  On August 18, 2006, the Court issued its claim construction order and set a further case
2  management conference also for September 18, 2006.

3  Counsel for the parties have since met and conferred and, in light of discovery that Avago
4  is taking in connection with Defendants' Motions, including depositions of Chinlee Wang and Dr.
5  Berthold Horn, hereby stipulate and agree and ask the Court to order as follows:

6  (1) Defendants' Motions for Summary Judgment currently set for September 18, 2006 may
7  be reset for hearing for Monday October 30, 2006, at 9:00 a.m., or as soon thereafter as the Court's
8  calendar and convenience permits;

9  (2) The further CMC currently set for September 18, 2006 may also be reset for Monday,
10 October 30, 2006 directly before or after the Motions for Summary Judgment.

11 (3) Avago's Oppositions to Defendants' Motions for Summary Judgment shall be filed
12 Monday, October 2, 2006.

13 (4) Defendants' Reply Memoranda in support of Defendants' Motions for Summary
14 Judgment shall be filed on Monday, October 16, 2006.

Respectfully Submitted,

Dated: August 23, 2006

IRELL & MANELLA LLP
Morgan Chu – mchu@irell.com (70446)
Samuel K. Lu – slu@irell.com (171969)
Alan J. Heinrich – aheinrich@irell.com (212782)
Richard E. Lyon – rlyon@irell.com (229288)
Jonathan P. Steinsapir – jsteinsapir@irell.com (226281)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199


By: /s  Alan Heinrich
Alan Heinrich
Attorneys for and Plaintiffs
AVAGO TECHNOLOGIES  GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP PTE LTD.

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING ON MOTIONS FOR
SUMMARY JUDGMENT

- 2 -

Case No. 5:04-cv-05385-JW

| | |
|---|---|
| Dated: August 23, 2006 | AKIN GUMP STRAUSS HAUER & FELD, LLP<br>Yitai Hu – yhu@akingump.com (*pro hac vice*)<br>Elizabeth H. Rader – erader@akingump.com<br>(184963)<br>1950 University Avenue, Suite 505<br>E. Palo Alto, CA  94303<br>Telephone:  (415) 765-9500<br>Facsimile:  (415) 765-9501 |
| | By:____/s/_____<br>   Elizabeth H. Rader<br>   Attorneys for Defendants<br>   Elan Microelectronics Corp., and Elan<br>   Information Technology Group |

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Elizabeth Rader, Attorney for Defendants and Counterclaim-Plaintiffs Elan Microelectronics Corp., and Elan Information Technology Group.

Dated: August 23, 2006        By:_____/s/_____
                                 Alan J. Heinrich

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE**, IT IS HEREBY ORDERED** that: (1) Defendants' Motions for Summary Judgment (Docket Nos. 89, 94) ~~and (2) the further Case Management Conference~~ shall all be reset for Monday October 30, 2006, at 9:00 a.m., ~~or_____~~; CMC is set 10/30/06 at 10:00 a.m.

(3) Avago's Oppositions to Defendants' Motions for Summary Judgment are due Monday, October 2, 2006; and (3) Defendants' Reply Memoranda in support of Defendants' Motions for Summary Judgment are due Monday, October 16, 2006.

**IT IS SO ORDERED.**

Dated: August 28, 2006        _____
                              JAMES WARE
                              UNITED STATES DISTRICT JUDGE