1  Yitai Hu (pro hac vice) (yhu@akingump.com)
   Elizabeth H. Rader (State Bar No. 184963) (erader@akingump.com)
2  Hsin-Yi Cindy Feng (State Bar No. 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  580 California Street, 15th Floor
   San Francisco, California  94104-1036
4  Telephone:      415-765-9500
   Facsimile:      415-765-9501
5
   Attorneys for Defendants
6  ELAN MICROELECTRONICS CORP. and
   ELAN INFORMATION TECHNOLOGY GROUP
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11 | AVAGO TECHNOLOGIES GENERAL IP | Case No. C-04-5385-JW
   | PTE LTD. and AVAGO TECHNOLOGIES |
12 | ECBU IP PTE LTD., organized and |
   | incorporated under the laws of Singapore, |
13 | | **[PROPOSED] ORDER GRANTING**
   | | **DEFENDANTS ELAN**
14 |     Plaintiffs and Counterclaim-Defendants, | **MICROELECTRONICS CORP. AND**
   | | **ELAN INFORMATION TECHNOLOGY**
15 |        vs. | **GROUP'S UNOPPOSED MOTION TO**
   | | **REMOVE INCORRECTLY FILED**
16 | ELAN MICROELECTRONICS CORP., a | **DOCUMENT FROM DOCKET**
   | Taiwanese corporation, and ELAN |
17 | INFORMATION TECHNOLOGY GROUP, |
   | a California Corporation, |
18 | |
   | |
19 |                  Defendants and |
   |          Counterclaim-Plaintiff |
20

21         After consideration of the submission of counsel, IT IS HEREBY ORDERED that the

22 Defendant's motion to remove incorrectly filed exhibit I to docket entry #101 is GRANTED.

23

24 Dated: _____Sep. 12_____, 2006

25                                    By_____
                                          James Ware
26                                        United States District Court Judge

27

28
                                         1