1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> ELAN MICROELECTRONICS CORP., a Taiwanese corporation, and ELAN INFORMATION TECHNOLOGY GROUP, a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 04-05385 JW <br><br> **[PROPOSED] ORDER GRANTING AVAGO'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5 TO FILE CERTAIN DOCUMENTS IN OPPOSITION TO ELAN'S MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL** <br><br> Date:  October 30, 2006 <br> Time:  9:00 a.m. <br> Judge: Hon. James Ware <br> Courtroom: 8 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

PROPOSED ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF TO FILE UNDER SEAL
(Case No. 04-05385 JW)

1  As set forth in the Miscellaneous Administrative Request Pursuant to Local Rule 79-5 to
2  Seal Documents filed by Avago Technologies General IP PTE Ltd. and Avago Technologies
3  ECBU IP PTE Ltd. (collectively "Avago"), Avago lodged with the Court the following documents
4  in connection with Avago's Opposition to Defendants Elan Microelectronics Corp. and Elan
5  Information Technology Group's (collectively "Elan") Motion for Summary Judgment of Non-
6  Infringement of U.S. Patent No. 6,433,780 and Elan's Motion for Summary Judgment of Non-
7  Infringement of U.S. Patent No. 5,786,804, which include information relating to the operation of
8  Elan's products that Elan has designated "Attorneys' Eyes Only Confidential" under the Protective
9  Order entered in this case:

10  1) Avago's Opposition to Elan's Motion for Summary Judgment of Non-Infringement of
11  U.S. Patent No. 6,433,780;

12  2) Avago's Opposition to Elan's Motion for Summary Judgment of Non-Infringement of
13  U.S. Patent No. 5,786,804;

14  3) Declaration of Professor Ralph Etienne-Cummings in Support of Avago's Oppositions
15  to Elan's Motions for Summary Judgment of Non-Infringement (including Exhibit B); and,

16  4) Exhibits 1, 3-6, 8, 11-14, 16-17, 21-23, and 25 to the Declaration of Richard E. Lyon in
17  Support of Avago's Oppositions to Elan's Motions for Summary Judgment of Non-Infringement.

18  Having considered Agilent's Miscellaneous Administrative Request, and good cause
19  appearing therefore,

20  IT IS HEREBY ORDERED that the documents are to be filed under seal.

Dated: October 13, 2006

_____
Hon. James Ware
United States District Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

~~PROPOSED~~ ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF TO FILE UNDER SEAL
(Case No. 04-05385 JW)

- 1 -

1 | Respectfully submitted by:

2 | IRELL & MANELLA LLP
Morgan Chu
3 | Samuel K. Lu
Alan J. Heinrich
4 | Jonathan P. Steinsapir
Richard E. Lyon
5 | 1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
6 | Tel:   310-277-1010
Fax:  310-203-7199

7 |

Attorneys for Plaintiffs
8 | Avago Technologies General IP PTE Ltd.
and Avago Technologies ECBU IP PTE Ltd.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

PROPOSED ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF TO FILE UNDER SEAL
(Case No. 04-05385 JW)

- 2 -