**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    SAN JOSE DIVISION
10

| | |
|---|---|
| Avago Technologies General IP, et al., | NO. C 04-05385 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| Elan Microelectronics Corp., et al., | |
| Defendants. | |

The Court continues Defendants' Motions for Summary Judgment of Non-Infringement of U.S. Patent Nos. '804 and '780 currently set for October 30, 2006 to **November 13, 2006 at 10 a.m.**

Dated: October 17, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
David Craig McPhie dmcphie@irell.com
Elizabeth H. Rader erader@akingump.com
Gary C. Ma gma@akingump.com
Hsin-Yi Cindy Feng cfeng@akingump.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com
Sang Hui Michael Kim mkim@akingump.com

**Dated: October 17, 2006**           **Richard W. Wieking, Clerk**

**By:__/s/ JW Chambers_____**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California