IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies General IP, et al., | NO. C 04-05385 JW |
| Plaintiffs, | **SECOND ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| Elan Microelectronics Corp., et al., | |
| Defendants. | |

Please take note that on the Court's own motion, the hearing on Defendants' Motions for Summary Judgment of Non-Infringement of U.S. Patent Nos. '804 and '780 currently set for November 13, 2006 is continued to **December 11, 2006 at 9 a.m.** The case management conference is also moved from November 12, 2006 at December 11, 2006 at 10 a.m.

Dated: November 1, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
David Craig McPhie dmcphie@irell.com
Elizabeth H. Rader erader@akingump.com
Gary C. Ma gma@akingump.com
Hsin-Yi Cindy Feng cfeng@akingump.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com
Sang Hui Michael Kim mkim@akingump.com

**Dated: November 1, 2006**                              **Richard W. Wieking, Clerk**

                                                    **By:__/s/ JW Chambers_____**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California