1  IRELL & MANELLA LLP
   Morgan Chu – (State Bar No. 70446) (mchu@irell.com)
2  Samuel K. Lu – (State Bar No. 171969) (slu@irell.com)
   Alan J. Heinrich – (State Bar No. 212782) (aheinrich@irell.com)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:   (310) 277-1010
   Facsimile:   (310) 203-7199
5
   Attorneys for Plaintiffs and Counterclaim-
6  Defendants Avago Technologies General IP
   PTE Ltd. and Avago Technologies ECBU IP
7  PTE Ltd.

8  AKIN GUMP STRAUSS HAUER & FELD LLP
   Yitai Hu – (State Bar No. 248085) (yhu@akingump.com)
9  Elizabeth H. Rader – (State Bar No. 184963) (erader@akingump.com)
   S.H. Michael Kim – (State Bar No. 203491) (kimm@akingump.com)
10 580 California Street, 15th Floor
   San Francisco, California  94104-1036
11 Telephone:    415-765-9500
   Facsimile:    415-765-9501
12
   Attorneys for Defendants and Counterclaimants
13 Elan Microelectronics Corp. and
   Elan Information Technology Group

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18  AVAGO TECHNOLOGIES GENERAL IP      )  Case No. 04-05385 JW (HRL)
    PTE LTD. and AVAGO TECHNOLOGIES    )
19  ECBU IP PTE LTD.,                  )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER MODIFYING CERTAIN**
20              Plaintiffs,            )  **DISCOVERY DEADLINES AND**
                                       )  **MOTIONS CUT-OFF DEADLINE**
21        vs.                          )
                                       )
22  ELAN MICROELECTRONICS CORP., a     )
    Taiwanese Corporation, and ELAN    )
23  INFORMATION TECHNOLOGY GROUP, a    )
    California Corporation,            )
24                                     )
                Defendants.            )
25  _____  )
                                       )
26  AND RELATED COUNTERCLAIMS          )
                                       )
27  _____

28

---

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER MODIFYING
CERTAIN DISCOVERY DEADLINES AND MOTIONS
CUT-OFF
1592469.                                                           (Case No. 04-05385 JW (HRL))

1  Plaintiffs and Counterclaim-Defendants Avago Technologies General IP PTE Ltd. and
2  Avago Technologies ECBU IP PTE Ltd. (collectively "Avago") and Defendants and
3  Counterclaimants Elan Microelectronics Corp. and Elan Information Technology Group
4  (collectively "Elan") jointly submit this request that the Court make the following changes to the
5  deadlines previously set by the Court in its Fed. R. Civ. P. 16(b) Scheduling Order of December
6  12, 2006 (Docket Item 154).  As explained below, good cause exists for the changes:

| | |
|---|---|
| Initial Expert Disclosures: | May 29, 2007 (presently April 16, 2007) |
| Rebuttal Expert Disclosures: | June 18, 2007 (presently April 30, 2007) |
| Discovery Cut-Off (Expert & Fact): | July 9, 2007 (presently June 18, 2007) |
| Dispositive Hearing Cut-Off: | September 10, 2007 (presently August 20, 2007) |

All other dates, including the October 22, 2007, Final Pretrial Conference, remain the same.

Good cause exists to make these minor modifications for several reasons, including the following:  The Court ordered additional claim construction of one term in asserted claim 4 of U.S. Patent No. 6,433,780 on February 8, 2007.  The Court currently has a hearing on calendar for this claim construction on March 23, 2007.  The parties should have time to digest the Court's further claim constructions before expert reports are due.  Furthermore, the parties have been diligently pursuing discovery since the Court issued its initial claim construction order in August 18, 2007.  The parties, nevertheless, have been unable to resolve certain discovery disputes, and several motions are pending before Magistrate Judge Lloyd at this time.  Two are under submission and one has just been filed.  Disposition of these motions may further affect the scope of remaining discovery and the information available for the parties' respective experts in preparation of their reports and, as appropriate, their depositions.

The parties respectfully submit that the Court should enter the Proposed Order attached hereto and filed herewith.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER MODIFYING
CERTAIN DISCOVERY DEADLINES AND MOTIONS
CUT-OFF
1592469.                                           - 1 -                            (Case No. 04-05385 JW (HRL))

| | | |
|---|---|---|
| 1 | Dated: March 13, 2007 | IRELL & MANELLA LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | Jonathan P. Steinsapir |
| 6 | | Attorneys for Plaintiffs Avago Technologies General IP PTE Ltd. and Avago Technologies ECBU IP PTE Ltd. |
| 7 | | |
| 8 | | |
| 9 | Dated: March 13, 2007 | AKIN GUMP STRAUSS HAUER & FELD, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: |
| 13 | | _____/s/_____ Elizabeth Rader |
| 14 | | Attorneys for Defendants ELAN MICROELECTRONICS CORP. and |
| 15 | | ELAN INFORMATION TECHNOLOGY GROUP |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Alan Heinrich, attest that concurrence in the filing of this document has been obtained.

Dated: March 13, 2007        By: _____/s/_____
                                 Jonathan P. Steinsapir
                                 Attorneys for Plaintiffs
                                 Avago Technologies General IP PTE Ltd. and
                                 Avago Technologies ECBU IP PTE Ltd.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN DISCOVERY DEADLINES AND MOTIONS CUT-OFF
1592469.      - 2 -      (Case No. 04-05385 JW (HRL))

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR,**

2  **IT IS HEREBY ORDERED** that the Court's Scheduling Order is amended and the following

3  dates now control:

4      Initial Expert Disclosures:    May 29, 2007

5      Rebuttal Expert Disclosures:    June 18, 2007

6      Discovery Cut-Off (Expert & Fact):    July 9, 2007

7      Dispositive Hearing Cut-Off:    September 10, 2007

8      All other dates, including the October 22, 2007, Final Pretrial Conference, remain the

9  same.

10  **IT IS SO ORDERED.**

12  Dated: __March 15__, 2007

                                                  HONORABLE JAMES WARE
                                                  UNITED STATES DISTRICT JUDGE

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STIPULATION AND [PROPOSED] ORDER MODIFYING
CERTAIN DISCOVERY DEADLINES AND MOTIONS
CUT-OFF
1592469.      - 1 -    (Case No. 04-05385 JW (HRL))