*E-filed 3/15/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELAN MICROELECTRONICS CORP. and ELAN INFORMATION TECHNOLOGY GROUP,<br><br>　　　　Defendants. | Case No. C04-05385 RMW (HRL)<br><br>**ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE MADE PART OF THE PUBLIC RECORD** |

It is hereby ordered that defendants show cause why Exhibit 5 to the Lyon Declaration in support of plaintiffs' motion to compel supplementation of defendants' invalidity contentions, Exhibits 1, 2, 4, 5, 6, and 24 to the Lyon Declaration in support of plaintiffs' motion to compel production of communications relating to infringement or non-infringement, and Exhibit 1 to the Steinsapir Declaration in support of plaintiffs' motion to compel production of communications relating to infringement or non-infringement, should not become part of the public record pursuant to Civil Local Rule 79-5(d).

//

//

A declaration showing cause shall be filed by March 19, 2007.

**IT IS SO ORDERED.**

Dated: 3/15/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Morgan Chu mchu@irell.com

Hsin-Yi Cindy Feng cfeng@akingump.com

Alan J. Heinrich aheinrich@irell.com

Yitai Hu yhu@akingump.com

Sang Hui Michael Kim mkim@akingump.com, skapralov@akingump.com; nthreadgill@akingump.com; btseng@akingump.com

Samuel Kai Lu slu@irell.com

Richard Elgar Lyon , III rlyon@irell.com, mwilliams@irell.com; jgordon@irell.com; CMcEntee@irell.com; rick.lyon@gmail.com

Gary C. Ma gma@akingump.com

David Craig McPhie dmcphie@irell.com, jrichter@irell.com

Elizabeth H. Rader erader@akingump.com, skapralov@akingump.com; btseng@akingump.com; nmarie@akingump.com

Jonathan Philip Steinsapir jsteinsapir@irell.com


* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 3/15/07

    /s/  JMM
Chambers of Magistrate Judge Lloyd