United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Techs. Gen. IP PTE Ltd., et al., | NO. C 04-05385 JW |
| Plaintiffs, v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Elan Microelectronics Corp., et al., | |
| Defendants. | |

On March 23, 2007, the Court conducted a case management conference. With respect to further proceedings in this case, the Court orders as follows:

1. The Court will conduct a hearing on Elan's anticipated motion for summary judgment based on patent invalidity of both the '780 and '804 patents on **June 5, 2007 at 10 AM**.

2. The Court will conduct a hearing on the parties' anticipated cross-motions for summary judgment based on infringement/non-infringement of both the '780 and '804 patents on **July 10, 2007 at 10 AM**.

The parties will comply with the briefing schedule set by the Local Rules. The parties shall not file additional motions without receiving the permission of the Court.

Dated: March 26, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
David Craig McPhie dmcphie@irell.com
Elizabeth H. Rader erader@akingump.com
Gary C. Ma gma@akingump.com
Hsin-Yi Cindy Feng cfeng@akingump.com
Jonathan Philip Steinsapir jsteinsapir@irell.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com
Sang Hui Michael Kim mkim@akingump.com
Yitai Hu yhu@akingump.com

**Dated: March 26, 2007**                                         **Richard W. Wieking, Clerk**

                                                                  **By:  /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California