*E-FILED 4/19/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ELAN MICROELECTRONICS CORP. and ELAN INFORMATION TECHNOLOGY GROUP,<br><br>Defendants. | Case No. C04-05385 JW (HRL)<br><br>**ORDER MAKING CERTAIN EXHIBITS PART OF THE PUBLIC RECORD** |

The clerk shall cause the following exhibits, initially submitted under seal, to be filed in the public record:

1. Exhibit A to the Rader Declaration in support of Elan's reply in support of motion to compel production of documents and things, filed on September 5, 2006;

2. Exhibit 5 to the Lyon Declaration in support of Avago's motion to compel supplementation of defendants' invalidity contentions, filed on February 6, 2007;

3. Exhibits 1, 2, 4, 5, 6, and 24 to the Lyon Declaration in support of Avago's motion to compel production of communications relating to infringement or non-infringement, filed on February 6, 2007; and

4. Exhibit 1 to the Steinsapir Declaration in support of plaintiffs' motion to compel production of communications relating to infringement or non-infringement, filed on February 27, 2007.

**IT IS SO ORDERED.**

Dated: 4/19/07            _____

HOWARD R. LLOYD

UNITED STATES MAGISTRATE JUDGE

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Morgan Chu mchu@irell.com

Hsin-Yi Cindy Feng cfeng@akingump.com

Alan J. Heinrich aheinrich@irell.com

Yitai Hu yhu@akingump.com

Sang Hui Michael Kim mkim@akingump.com, skapralov@akingump.com; nthreadgill@akingump.com; btseng@akingump.com

Samuel Kai Lu slu@irell.com

Richard Elgar Lyon , III rlyon@irell.com, mwilliams@irell.com; jgordon@irell.com; CMcEntee@irell.com; rick.lyon@gmail.com

Gary C. Ma gma@akingump.com

David Craig McPhie dmcphie@irell.com, jrichter@irell.com

Elizabeth H. Rader erader@akingump.com, skapralov@akingump.com; btseng@akingump.com; nmarie@akingump.com

Jonathan Philip Steinsapir jsteinsapir@irell.com


* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/19/07

                                        /s/  JMM
                                    Chambers of Magistrate Judge Lloyd