*E-filed 4/24/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.,<br><br>Plaintiffs,<br>v.<br><br>ELAN MICROELECTRONICS CORP. and ELAN INFORMATION TECHNOLOGY GROUP,<br><br>Defendants. | Case No. C04-05385 JW (HRL)<br><br>**ORDER TO RESUBMIT CERTAIN EXHIBITS** |

Pursuant to Civil Local Rule 79-5(e) and this court's order of April 19, 2007 making certain exhibits part of the public record, the parties shall resubmit the following exhibits for filing in electronic form, no later than May 8, 2007:

1. Exhibit A to the Rader Declaration in support of Elan's reply in support of motion to compel production of documents and things, filed on September 5, 2006;

2. Exhibit 5 to the Lyon Declaration in support of Avago's motion to compel supplementation of defendants' invalidity contentions, filed on February 6, 2007;

3. Exhibits 1, 2, 4, 5, 6, and 24 to the Lyon Declaration in support of Avago's motion to compel production of communications relating to infringement or non-infringement, filed on February 6, 2007; and

4. Exhibit 1 to the Steinsapir Declaration in support of plaintiffs' motion to compel production of communications relating to infringement or non-infringement, filed on February 27, 2007.

**IT IS SO ORDERED.**

Dated: 4/24/07



HOWARD R. LLOYD

UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Morgan Chu mchu@irell.com

Hsin-Yi Cindy Feng cfeng@akingump.com

Alan J. Heinrich aheinrich@irell.com

Yitai Hu yhu@akingump.com

Sang Hui Michael Kim mkim@akingump.com, skapralov@akingump.com; nthreadgill@akingump.com; btseng@akingump.com

Samuel Kai Lu slu@irell.com

Richard Elgar Lyon , III rlyon@irell.com, mwilliams@irell.com; jgordon@irell.com; CMcEntee@irell.com; rick.lyon@gmail.com

Gary C. Ma gma@akingump.com

David Craig McPhie dmcphie@irell.com, jrichter@irell.com

Elizabeth H. Rader erader@akingump.com, skapralov@akingump.com; btseng@akingump.com; nmarie@akingump.com

Jonathan Philip Steinsapir jsteinsapir@irell.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/24/07

    /s/  JMM
Chambers of Magistrate Judge Lloyd