*E-filed 5/24/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELAN MICROELECTRONICS CORP. and ELAN INFORMATION TECHNOLOGY GROUP,<br><br>    Defendants. | Case No. C04-05385 RMW (HRL)<br><br>**ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE MADE PART OF THE PUBLIC RECORD** |

It is hereby ordered that defendants show cause why Exhibit 3 to the Reply Declaration of Jonathan P. Steinsapir in support of plaintiffs' reply brief [Docket No. 246] in support of the Motion for Sanctions [Docket No. 228], should not become part of the public record pursuant to Civil Local Rule 79-5(d).

A declaration showing cause shall be filed by May 28, 2007.

**IT IS SO ORDERED.**

Dated: 5/24/07



HOWARD R. LLOYD

UNITED STATES MAGISTRATE JUDGE

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:**

Morgan Chu mchu@irell.com

Hsin-Yi Cindy Feng cfeng@akingump.com

Alan J. Heinrich aheinrich@irell.com

Yitai Hu yhu@akingump.com

Sang Hui Michael Kim mkim@akingump.com, skapralov@akingump.com; nthreadgill@akingump.com; btseng@akingump.com

Samuel Kai Lu slu@irell.com

Richard Elgar Lyon , III rlyon@irell.com, mwilliams@irell.com; jgordon@irell.com; CMcEntee@irell.com; rick.lyon@gmail.com

Gary C. Ma gma@akingump.com

David Craig McPhie dmcphie@irell.com, jrichter@irell.com

Elizabeth H. Rader erader@akingump.com, skapralov@akingump.com; btseng@akingump.com; nmarie@akingump.com

Jonathan Philip Steinsapir jsteinsapir@irell.com

**\* Counsel are responsible for providing copies of this order to co-counsel.**

Dated: 5/24/07

                         /s/  KRO
                      Chambers of Magistrate Judge Lloyd