*E-FILED 6/20/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.<br><br>Plaintiffs,<br><br>v.<br><br>ELAN MICROELECTRONICS CORP. and ELAN INFORMATION TECHNOLOGY GROUP,<br><br>Defendants. | Case No. C04-05385 JW (HRL)<br><br>**ORDER RE: FEES AND COSTS PURSUANT TO PREVIOUS ORDER OF THE COURT**<br><br>Re: Docket No. 252 |

This is a patent infringement action involving sensors used in optical computer mice. The fees and costs at issue here, began with Elan's[1] motion for leave to amend its final invalidity contentions. This Court granted the motion on the condition that Elan reimburse Avago for its costs and fees incurred in litigating the motion for leave. Avago submitted its declaration of counsel setting forth the costs and attorneys fees.[2] Elan submitted no opposition to that declaration.

---

[1] Although there are multiple plaintiffs and multiple defendants, for convenience, they are here referred to in the singular as "Avago" and "Elan."

[2] (Lyon Decl., Docket No. 266)

This court is satisfied by the declaration of counsel as to the hourly rate, the time spent opposing the motion to compel, as well as the costs incurred. Therefore, Elan shall pay $4,806.00 to Avago in attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:   6/20/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Morgan Chu mchu@irell.com

Hsin-Yi Cindy Feng cfeng@akingump.com

Alan J. Heinrich aheinrich@irell.com

Yitai Hu yhu@akingump.com

Sang Hui Michael Kim mkim@akingump.com, btseng@akingump.com, nthreadgill@akingump.com, skapralov@akingump.com

Samuel Kai Lu slu@irell.com

Richard Elgar Lyon , III rlyon@irell.com, CMcEntee@irell.com, jgordon@irell.com, mwilliams@irell.com, rick.lyon@gmail.com

Gary C. Ma gma@akingump.com

David Craig McPhie dmcphie@irell.com, jrichter@irell.com

Elizabeth Hannah Rader erader@akingump.com, btseng@akingump.com, nmarie@akingump.com, skapralov@akingump.com

Jonathan Philip Steinsapir jsteinsapir@irell.com


* Counsel are responsible for providing copies of this order to co-counsel.


Dated:  6/20/07

                                         /s/  KRO
                                  Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California