*E-FILED 6/27/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.<br><br>    Plaintiffs,<br><br>    v.<br><br>ELAN MICROELECTRONICS CORP. and ELAN INFORMATION TECHNOLOGY GROUP,<br><br>    Defendants. | Case No. C04-05385 JW (HRL)<br><br>**ORDER (1) MAKING EXHIBIT PART OF THE PUBLIC RECORD AND (2) REQUIRING RESUBMISSION OF EXHIBIT**<br><br>Docket Nos. 247, 263, and 265 |

**Exhibit 3** to the Reply Declaration of Jonathan P. Steinsapir in support of Plaintiffs' Reply Brief [Docket No. 246] was initially submitted under seal pursuant to the Protective Order issued by this court because Defendants had designated it as "Confidential." However, Defendants now advise that they do not oppose filing this exhibit in the public record. Therefore, the court ORDERS Exhibit 3 to be filed in the public record.

The court further ORDERS Plaintiffs to resubmit this exhibit for filing in electronic form no later than July 11, 2007.

**IT IS SO ORDERED.**

Dated: 6/27/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Morgan Chu mchu@irell.com

Hsin-Yi Cindy Feng cfeng@akingump.com

Alan J. Heinrich aheinrich@irell.com

Yitai Hu yhu@akingump.com

Sang Hui Michael Kim mkim@akingump.com, btseng@akingump.com, nthreadgill@akingump.com, skapralov@akingump.com

Samuel Kai Lu slu@irell.com

Richard Elgar Lyon , III rlyon@irell.com, CMcEntee@irell.com, jgordon@irell.com, mwilliams@irell.com, rick.lyon@gmail.com

Gary C. Ma gma@akingump.com

David Craig McPhie dmcphie@irell.com, jrichter@irell.com

Elizabeth Hannah Rader erader@akingump.com, btseng@akingump.com, nmarie@akingump.com, skapralov@akingump.com

Jonathan Philip Steinsapir jsteinsapir@irell.com


* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 6/27/07

                                           /s/ KRO
                                         Chambers of Magistrate Judge Lloyd