*E-filed 8/13/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.<br><br>Plaintiffs,<br><br>v.<br><br>ELAN MICROELECTRONICS CORP. and ELAN INFORMATION TECHNOLOGY GROUP,<br><br>Defendants. | Case No. C04-05385 RMW (HRL)<br><br>**ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE MADE PART OF THE PUBLIC RECORD**<br><br>Re: Docket Nos. 289, 308 |

Defendants are ORDERED to show cause why Exhibit 12 to the Declaration of Jonathan P. Steinsapir in support of Avago's Motion to Strike Portions of the Expert Report of Professor Berthold K.P. Horn [Docket 288] should not become part of the public record pursuant to Civil Local Rule 79-5(d).

Plaintiffs are ORDERED to show cause as to why Exhibits B and D to the Declaration of S.H Michael Kim in Support of Elan Microelectronics Corp. and Elan Information Technology Group's Opposition to Avago's Motion to Strike Portions of the Expert Report of Professor Berthold K.P. Horn [Docket No. 307] should not become part of the public record pursuant to Civil Local Rule 79-5(d).

Both parties shall file declarations showing cause by August 20, 2007.

**IT IS SO ORDERED.**

Dated:    8/13/07



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Morgan Chu mchu@irell.com

Hsin-Yi Cindy Feng cfeng@akingump.com

Alan J. Heinrich aheinrich@irell.com

Yitai Hu yhu@akingump.com

Sang Hui Michael Kim mkim@akingump.com, btseng@akingump.com, nthreadgill@akingump.com, skapralov@akingump.com

Samuel Kai Lu slu@irell.com

Richard Elgar Lyon , III rlyon@irell.com, CMcEntee@irell.com, jgordon@irell.com, mwilliams@irell.com, rick.lyon@gmail.com

Gary C. Ma gma@akingump.com

David Craig McPhie dmcphie@irell.com, jrichter@irell.com

Elizabeth Hannah Rader erader@akingump.com, btseng@akingump.com, nmarie@akingump.com, skapralov@akingump.com

Jonathan Philip Steinsapir jsteinsapir@irell.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:    8/13/07

    /s/  KRO
Chambers of Magistrate Judge Lloyd