*E-FILED 8/20/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP LTD.<br><br>    Plaintiffs,<br><br>    v.<br><br>ELAN MICROELECTRONICS CORP. and ELAN INFORMATION TECHNOLOGY GROUP,<br><br>    Defendants. | Case No. C04-05385 JW (HRL)<br><br>**ORDER (1) MAKING EXHIBITS PART OF THE PUBLIC RECORD AND (2) REQUIRING RESUBMISSION OF EXHIBITS**<br><br>Docket Nos. 289, 308 |

Exhibit 12 to the Declaration of Jonathan P. Steinsapir in support of Avago's Motion to Strike Portions of the Expert Report of Professor Berthold K.P. Horn [Docket No. 288] was initially submitted under seal pursuant to the Protective Order issued by this court because Defendants had designated it as "Outside Counsel's Eyes Only."  However, Defendants now advise that they do not oppose filing this exhibit in the public record.  Therefore, the court ORDERS Exhibit 12 to be filed in the public record.

The court further ORDERS Plaintiffs to resubmit this exhibit for filing in electronic form no later than August 27, 2007.

//

//

Exhibits B and D to the Declaration of S.H. Michael Kim in Support of [Elan's] Opposition to Avago's Motion to Strike Portions of the Expert Report of Professor Berthold K.P. Horn [Docket No. 307] were initially submitted under seal pursuant to the Protective Order issued by this court because Plaintiffs had designated them as "Confidential." However, Plaintiffs now advise that they do not oppose filing these exhibits in the public record. Therefore, the court ORDERS Exhibits B and D to be filed in the public record.

The court further ORDERS Defendants to resubmit these exhibits for filing in electronic form no later than August 27, 2007.

**IT IS SO ORDERED.**

Dated: 8/20/07



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Morgan Chu mchu@irell.com

Hsin-Yi Cindy Feng cfeng@akingump.com

Alan J. Heinrich aheinrich@irell.com

Yitai Hu yhu@akingump.com

Sang Hui Michael Kim mkim@akingump.com, btseng@akingump.com, nthreadgill@akingump.com, skapralov@akingump.com

Samuel Kai Lu slu@irell.com

Richard Elgar Lyon , III rlyon@irell.com, CMcEntee@irell.com, jgordon@irell.com, mwilliams@irell.com, rick.lyon@gmail.com

Gary C. Ma gma@akingump.com

David Craig McPhie dmcphie@irell.com, jrichter@irell.com

Elizabeth Hannah Rader erader@akingump.com, btseng@akingump.com, nmarie@akingump.com, skapralov@akingump.com

Jonathan Philip Steinsapir jsteinsapir@irell.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 8/20/07

                                                /s/  KRO
                                            Chambers of Magistrate Judge Lloyd