IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies General IP PTE Ltd., et al., | NO. C 04-05385 JW |
| Plaintiffs,<br>v.<br>Elan Microelectronics Corp., et al.,<br>Defendants. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; ORDER OF REFERRAL TO MAGISTRATE JUDGE LAPORTE FOR SETTLEMENT CONFERENCE** |

The Court conducted a Case Management Conference on May 9, 2008. Counsel for the respective parties were present. In light of the parties' representations at the conference, the Court orders as follows:

(1) Defendants' Renewed Motion for Summary Judgment of Non-Infringement of the '780 Patent is set for a hearing on **June 20, 2008 at 9 a.m.**;

(2) The Preliminary Pretrial Conference is set for **June 30, 2008[1] at 11:00 a.m.**; and

(3) The parties shall lodge chambers copies of any motion for summary judgment which they wish to file by **May 19, 2008** in the binder format previously described by the Court. (See Docket Item No. 419.)

In addition, the parties expressed an interest in conducting a settlement conference with Magistrate Judge Elizabeth Laporte. Accordingly, the Court refers the parties to Judge Laporte for a

---

[1] Due to the Court's unavailability, this date is different than the date discussed at the conference.

1  settlement conference. The parties shall contact Judge Laporte's Chambers[2] no later than ten (10)

2  days from the date of this Order to schedule a conference.

4  Dated: May 13, 2008

                                                      _JAMES WARE_
                                                    United States District Judge

---

27  [2] The number for Judge Laporte's Chambers is 415-522-4135.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
David Craig McPhie dmcphie@irell.com
Elizabeth Hannah Rader erader@akingump.com
Gary C. Ma gma@akingump.com
Hsin-Yi Cindy Feng cfeng@akingump.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com
Sang Hui Michael Kim mkim@akingump.com
Yitai Hu yhu@akingump.com

**Dated: May 13, 2008**                              **Richard W. Wieking, Clerk**

                                                      **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California