1  Yitai Hu (State Bar No. 248085) (yhu@akingump.com)
   Elizabeth H. Rader (State Bar No. 184963) (erader@akingump.com)
2  S.H. Michael Kim (State Bar No. 203491) (mkim@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  Two Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, California 94306-2112
   Telephone:     650-838-2000
5  Facsimile:     650-838-2001

6  Attorneys for Defendants
   ELAN MICROELECTRONICS CORP. and
7  ELAN INFORMATION TECHNOLOGY GROUP

8  Morgan Chu (State Bar No. 70446) (mchu@irell.com)
   Samuel K. Lu (State Bar No. 171969) (slu@irell.com)
9  Alan J. Heinrich (State Bar No. 212782) (aheinrich@irell.com)
   Richard Lyon (State Bar No. 229288) (rlyon@irell.com)
10 IRELL & MANELLA LLP
   1800 Avenue of the Stars, Suite 900
11 Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
12 Facsimile: (310) 203-7133

13 Attorneys for Plaintiffs
   AVAGO TECHNOLOGIES GENERAL IP PTE LTD.
14 and AVAGO TECHNOLOGIES ECBU IP PTE LTD.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP PTE LTD., organized and incorporated under the laws of Singapore,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>vs.<br><br>ELAN MICROELECTRONICS CORP., a Taiwanese corporation, and ELAN INFORMATION TECHNOLOGY GROUP, a California corporation,<br><br>Defendants and Counterclaim-Plaintiff. | Case No. C 04-5385 JW<br><br>**JOINT STIPULATION TO REMOVE DOCUMENT NO. #486 FROM THE COURT'S DOCKET** |

1  The parties, through their respective attorneys of record, hereby stipulate and respectfully
2  request that the Court permanently remove Document No. #486 from the Court's docket.
3  On June 6, 2008, Elan lodged with the Court, and served on Avago's counsel, an unredacted
4  version of Elan's Reply Brief in support of Elan's Second Renewed Motion for Summary Judgment of
5  Non-Infringement re U.S. Patent No. 6,433,780 ("Reply Brief"). Elan's counsel intended to e-file a
6  redacted version of Elan's Reply Brief that removed Elan's confidential business information. Elan's
7  counsel, however, inadvertently e-filed a version of Elan's Reply Brief (Docket #486) that did not
8  remove Elan's confidential business information from the public record. Because this Document No.
9  #486 inadvertently exposes confidential business information to the public record, the parties agreed
10 that it should be removed from the Court's Docket.

11 IT IS SO STIPULATED.

Dated: June 18, 2008          IRELL & MANELLA LLP

                              By:        /s/
                                      Richard Lyon

                              Attorneys for Plaintiffs
                              AVAGO TECHNOLOGIES GENERAL IP PTE
                              LTD. and AVAGO TECHNOLOGIES ECBU IP
                              PTE LTD.

Dated: June 18, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP

                              By:        /s/
                                      S.H. Micheal Kim

                              Attorneys for Defendants
                              ELAN MICROELECTRONICS CORP. and
                              ELAN INFORMATION TECHNOLOGY GROUP

IT IS SO ORDERED

The Clerk shall remove Docket No. 486 from the Court's record as stipulated by the parties.
This order also terminates Defendant's Motion to Remove Document (Docket Item No. 498).

Dated: June 20, 2008          _____
                              United States District Judge

1  I, S.H. Michael Kim, am the ECF user whose ID and password are being used to file this JOINT STIPULATION TO REMOVE DOCUMENT NO. #486 FROM THE COURT'S DOCKET. In Compliance with General Order 45, X.(B), I hereby attest that Richard Lyon has concurred in this filing.

**JOINT STIPULATION TO REMOVE DOCUMENT NO. #486 FROM THE COURT'S DOCKET**

Dated: June 18, 2008            AKIN GUMP STRAUSS HAUER & FELD LLP

                                By:         /s/
                                      S.H. Michael Kim

                                Attorneys for Defendants
                                ELAN MICROELECTRONICS CORP. and
                                ELAN INFORMATION TECHNOLOGY GROUP