IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies General IP PTE Ltd., et al., | NO. C 04-05385 JW |
| Plaintiffs, v. | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| Elan Microelectronics Corp., et al., | |
| Defendants. | |

In light of the hearing held on June 20, 2008, the Court finds that it would benefit from additional time to consider the parties' motions before conducting a Preliminary Pretrial Conference. Accordingly, the Court VACATES the Preliminary Pretrial Conference presently set for June 30, 2008. In the Court's Order addressing the parties' motions, the Court will set a date for the Preliminary Pretrial Conference.

Dated: June 26, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
David Craig McPhie dmcphie@irell.com
Elizabeth Hannah Rader erader@akingump.com
Gary C. Ma gary.ma@finnegan.com
Hsin-Yi Cindy Feng cfeng@akingump.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com
Sang Hui Michael Kim mkim@akingump.com
Yitai Hu yhu@akingump.com

**Dated: June 26, 2008**                                **Richard W. Wieking, Clerk**

                                                         **By:  /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California