IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. ET.AL., <br><br> Plaintiff, <br><br> v. <br><br> ELAN MICROELECTRONICS CORPORATION ET AL, <br><br> Defendant. | No. C-04-05385 JW (EDL) <br><br> **ORDER FOLLOWING SETTLEMENT CONFERENCE** |

As settlement discussions are ongoing, the parties shall continue to confer including participation in a telephone conference on September 8, 2008. The parties shall report to Magistrate Judge Laporte the status of their negotiations by joint or separate letters submitted via facsimile to chambers at (415) 522-2002 by September 12, 2008.

**IT IS SO ORDERED.**

Dated:   September 8, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge