1  All counsel listed on signature page

IT IS SO ORDERED

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP PTE LTD., organized and incorporated under the laws of Singapore, | Case No. 5:04-cv-05385-JW |
| Plaintiffs and Counterclaim-Defendants, | **STIPULATION AND [PROPOSED] ORDER NARROWING ISSUES FOR TRIAL** |
| vs. | |
| ELAN MICROELECTRONICS CORP., a Taiwanese corporation, and ELAN INFORMATION TECHNOLOGY GROUP, a California Corporation, | |
| Defendants and Counterclaim-Plaintiff. | |

Plaintiffs Avago Technologies General IP PTE LTD and Avago Technologies ECBU IP PTE LTD ("Avago") and Defendant Elan Microelectronics Corporation agree and stipulate as follows:

1) Elan Microelectronics Corporation ("Elan") hereby voluntarily submits to the jurisdiction of this Court, for this lawsuit and any appeals therefrom, without any admission of plaintiff's allegations of fact that Avago has contended support personal jurisdiction over Elan.

2) Avago hereby formally moves to dismiss, with prejudice, Elan Information Technology Group as a defendant in this action.

STIPULATION AND [PROPOSED] ORDER
NARROWING ISSUES FOR TRIAL

5:04-cv-05385-JW

1

3)     Avago also hereby moves to dismiss, with prejudice, all claims against Elan for

2

direct or indirect infringement of Claim 16 of U.S. Patent No. 5,786,804 ("the '804 patent").

3

4)     Elan hereby moves to dismiss, with prejudice, its counterclaims against Avago for

4

declaratory judgment of invalidity of Claim 16 of the '804 patent and for declaratory judgment

5

of noninfringement of Claim 16.

6

7

Dated:  February 5, 2009                           Respectfully submitted,

8

IRELL & MANELLA LLP
9                                                              1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
10                                                            Telephone: (310) 277-1010

11                                                            By:/s/Richard E. Lyon
Richard E. Lyon

12
Attorneys for Plaintiffs
13                                                            Avago Technologies General IP PTR Ltd. and

Avago Technologies ECBU IP PTE Ltd.
14

15                                                            ALSTON & BIRD LLP
Two Palo Alto Square
16                                                            3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
17                                                            Telephone: (650) 838-2000
Facsimile: (650) 838-2001
18

19                                                            By: /s/Elizabeth Rader
Elizabeth H. Rader
20
Attorneys for Defendants
21                                                            ELAN MICROELECTRONICS CORP. and
ELAN INFORMATION TECHNOLOGY GROUP
22

23          Pursuant to General Order No. 45, Section X, I attest under penalty of perjury that concurrence

24     in the filing of this document has been obtained from Elizabeth Rader.

25     Dated:  February 5, 2009                              /s/ Richard E. Lyon

26

27

28

STIPULATION AND [PROPOSED] ORDER                                          5:04-cv-05385-JW
NARROWING ISSUES FOR TRIAL

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:**

1)      This Court's jurisdiction over Elan Microelectronics Corporation is admitted and Avago need not prove this Court's jurisdiction at trial.

2)      Elan Information Technology Group is hereby DISMISSED with prejudice as a defendant in this action, and any and all claims and counterclaims asserted by or against Elan Information Technology Group are hereby DISMISSED with prejudice.

3)      Avago's claims against Elan for direct or indirect infringement of Claim 16 of U.S. Patent No. 5,786,804 ("the '804 patent") are DISMISSED with prejudice.

4)      Elan's counterclaims against Avago for declaratory judgment of invalidity of Claim 16 of the '804 patent and for declaratory judgment of noninfringement of Claim 16 are DISMISSED with prejudice.


**IT IS SO ORDERED.**

Dated:  February 19, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE