[all counsel listed on signature page]

**DENIED WITHOUT PREJUDICE**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP PTE LTD., organized and incorporated under the laws of Singapore,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>    vs.<br><br>ELAN MICROELECTRONICS CORP., a Taiwanese corporation, and ELAN INFORMATION TECHNOLOGY GROUP, a California Corporation,<br><br>    Defendants and Counterclaim-Plaintiff. | Case No. 5:04-cv-05385-JW<br><br>**ORDER DENYING STIPULATION FOR ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date:       March 23, 2009<br>Time:       3:00 p.m.<br>Judge:      James Ware<br>Courtroom:  8 |

      Plaintiffs Avago Technologies General IP PTE LTD and Avago Technologies ECBU IP PTE LTD ("Avago") and Defendant Elan Microelectronics Corporation ("Elan"), through their undersigned counsel, stipulate as follows and jointly respectfully request an Order rescheduling the Joint Pretrial Conference Statement, the Pretrial Conference, and trial.

    1.    The parties have re-opened settlement negotiations and are planning a meeting in California in early March.

    2.    The parties wish to minimize litigation expenses pending the March meeting and to avoid

burdening the Court in the event that the parties are successful in reaching settlement terms.

3. Under the current schedule, the Joint Pretrial Conference Statement and accompanying Motion *in Limine*, exhibits lists, witness lists and related exhibits are due February 23, 2009.  The Pretrial Conference is scheduled for March 23, 2009 at 3:00 p.m.  Jury Selection is currently set for April 14 and trial is set to commence April 15, 2009.

4. The parties jointly request that the Court reschedule the Pretrial Conference and trial and vacate the February 23, 2009 Joint Pretrial Conference Statement deadline so that the parties can devote their efforts to settlement efforts rather than trial preparation.

Dated:  February 17, 2009

Respectfully submitted,

Richard E. Lyon (SBN 229288)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
r-lyon@irell.com

Attorneys for Plaintiffs
Avago Technologies General IP PTR Ltd. and Avago Technologies ECBU IP PTE Ltd.

By:   /s/ Richard E. Lyon
      Richard E. Lyon


Elizabeth H. Rader (SBN 184963)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
Telephone: (650) 838-2000
elizabeth.rader@alston.com

Attorneys for Defendants and Counterclaim-Plaintiff
ELAN MICROELECTRONICS CORP. and
ELAN INFORMATION TECHNOLOGY GROUP

By:        /s/ Elizabeth H. Rader
           Elizabeth H. Rader

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Elizabeth H. Rader, attest that concurrence in the filing of this document has been obtained.

      /s/ Elizabeth H. Rader
      Elizabeth H. Rader

**CERTIFICATE OF SERVICE**

I certify that all counsel of record, who are deemed to have consented to electronic service, are being served on February 17, 2009, with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Morgan Chu, Esq. | mchu@irell.com |
| Alan J. Heinrich, Esq. | aheinrich@irell.com |
| David C. McPhie, Esq. | dmcphie@irell.com |
| Richard E. Lyon, III, Esq. | rlyon@irell.com |
| Samuel Kai Lu, Esq. | slu@irell.com |

By: /s/ Elizabeth H. Rader
Elizabeth H. Rader

Attorney for Defendants
ELAN MICROELECTRONICS CORP. and
ELAN INFORMATION TECHNOLOGY GROUP

# ~~PROPOSED~~ ORDER

Although the Court is encouraged that the parties have re-opened settlement negotiations, the Court finds that, in light of the age of the case and the parties' previous efforts at settlement, vacating the pretrial deadlines would only create a further delay in resolving this 2004 case. Accordingly, the Court DENIES the parties' Stipulation without prejudice to be renewed. Nothing in this Order prevents the parties from completing the pretrial processes and simultaneously discuss settlement. In the event that the parties' settlement discussions are fruitful and definite, the parties may renew their request.

Dated: February 19, 2009

_____
JAMES WARE
United States District Judge