IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies General IP PTE Ltd., | No. C 04-05385 JW |
| Plaintiffs, | **ORDER CONTINUING DATE FOR JURY SELECTION; ADDRESSING THE PARTIES' REQUEST FOR MODIFICATION OF PRETRIAL ORDER RE: TRIAL EXHIBITS** |
| v. | |
| Elan Microelectronics Corp., et al., | |
| Defendants. | |

This case is presently scheduled for Jury Selection on April 14, 2009 at 9 a.m. Due to the Court's unavailability, the Court continues the Jury Selection date to **April 15, 2009 at 9 a.m.** If necessary, the Court will adjust the trial schedule to provide the parties with additional time. All other trial dates remain unchanged.

The parties have also requested a modification to Paragraph 7 of the Final Pretrial Order with respect to trial exhibits.[1] (See Docket Item No. 626.) The Court finds good cause to adopt the parties' modification. Thus, the parties shall adhere to their proposed modification during trial.

Dated: April 7, 2009

JAMES WARE
United States District Judge

---

[1] Please take note that it is the practice of this Court to respond to "motions" appropriately made pursuant to the Civil Local Rules and not request made via "letters."

**United States District Court**
**For the Northern District of California**

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Alan J. Heinrich aheinrich@irell.com
    David Craig McPhie dmcphie@irell.com
3   Elizabeth Hannah Rader elizabeth.rader@alston.com
    Frank G. Smith frank.smith@alston.com
4   Hsin-Yi Cindy Feng cindy.feng@alston.com
    Jonathan Robert Lange jlange@irell.com
5   Morgan Chu mchu@irell.com
    Richard Elgar Lyon rlyon@irell.com
6   Samuel Kai Lu slu@irell.com
    Sang Hui Michael Kim Michael.Kim@alston.com
7   Thomas Hunter Jefferson hunter.jefferson@alston.com
    Thomas Hunter Jefferson hunter.jefferson@alston.com
8   Yitai Hu yitai.hu@alston.com

**Dated: April 7, 2009**                               **Richard W. Wieking, Clerk**

                                                       **By:  /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**