IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies General IP PTE Ltd., et al., | NO. C 04-05385 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: PLAINTIFFS' MOTION FOR JUDGMENT OR FOR A NEW TRIAL** |
| v. | |
| Elan Microelectronics Corp., | |
| Defendant. | |

This case was tried to a Jury. On May 1, 2009, the Jury returned a verdict in favor of Defendant. Upon consideration of the parties' pre-verdict motions, the Court orders the parties to appear on **June 9, 2009 at 9 a.m.** to show cause, if any, why the Court should not take the following actions:

(1) Grant Plaintiffs' Motion for Judgment on the ground that based on the undisputed evidence, the accused product practices each element of Claim 4, or in the alternative;

(2) Grant a new trial on the ground that the claim interpretation orders issued by the Court during the trial deprived the parties of having settled claim construction upon which to rely, resulting in substantial prejudice.

On or before **May 22, 2009**, the parties shall file any cross-briefs that they might wish to file directed to the above issues. On or before **May 28, 2009**, the parties may file any reply-briefs.

Dated: May 12, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
David Craig McPhie dmcphie@irell.com
Elizabeth Hannah Rader elizabeth.rader@alston.com
Frank G. Smith frank.smith@alston.com
Hsin-Yi Cindy Feng cindy.feng@alston.com
Jonathan Robert Lange jlange@irell.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com
Sang Hui Michael Kim Michael.Kim@alston.com
Thomas Hunter Jefferson hunter.jefferson@alston.com
Yitai Hu yitai.hu@alston.com

Dated:  May 12, 2009                                                    Richard W. Wieking, Clerk

                                                                        By:     /s/ JW Chambers
                                                                                Elizabeth Garcia
                                                                                Courtroom Deputy