

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP PTE LTD., organized and incorporated under the laws of Singapore,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>        v.<br><br>ELAN MICROELECTRONICS CORP., a Taiwanese corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | Case No. 5:04-cv-05385-JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  WHEREAS the further case management conference in this matter is currently scheduled for
2  Monday October 19, 2009, and the parties are to file a joint case management conference statement on
3  October 9, 2009, *see* Dkt. No. 718; and

4  WHEREAS counsel have conferred concerning the availability of trial counsel and agree to
5  postpone the case management conference to Monday, November 2, 2009,

6  NOW, THEREFORE, the parties hereby stipulate and ask the Court to order as follows:

7  1)  That the Case Management Conference, currently scheduled for Monday October 19,
8      2009 at 10:00 A.M. in Courtroom 8, is rescheduled to Monday November 2, 2009 at
9      10:00 A.M. or to a subsequent day or time that pleases the Court.

10 2)  That the parties shall file a Joint Case Management Statement on or before Friday
11     October 23, 2009.

**IT IS SO ORDERED.**

Dated: October 8, 2009

_____
JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED]              1                       5:04-cv-05385-JW
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE