All counsel listed on signature page

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP PTE LTD., <br><br>Plaintiffs, <br><br>vs. <br><br>ELAN MICROELECTRONICS CORP., <br><br>Defendant. <br><br>AND RELATED COUNTERCLAIMS | Case No. 04-05385 JW (HRL) <br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION FOR CERTFICATION FOR INTERLOCUTORY APPEAL** |

Plaintiffs Avago Technologies General IP PTE LTD and Avago Technologies ECBU IP PTE LTD (collectively, "Avago"), by and through their undersigned counsel, and Defendant Elan Microelectronics Corp. ("Elan"), by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties have been engaged in and are continuing to engage in settlement discussions;

WHEREAS, the parties believe that good cause exists for a short continuance of the November 2, 2009 Case Management Conference to allow the parties additional time to try to

1  reach a binding resolution of this lawsuit;

2       THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and

3  respectfully request that the Court continue the November 2, 2009 Case Management Conference

4  to **December 7, 2009** at 10 a.m.  The parties shall submit a Case Management Conference

5  Statement by **November 27, 2009**.

6

7  Dated:  October 22, 2009.

8
               IRELL & MANELLA LLP
               Morgan Chu – (SBN 70446) (mchu@irell.com)

9                 Samuel K. Lu – (SBN 171969) (slu@irell.com)
               Alan J. Heinrich – (SBN 212782) (aheinrich@irell.com)

10                1800 Avenue of the Stars, Suite 900
               Los Angeles, California 90067-4276

11                Telephone:     (310) 277-1010
               Facsimile:     (310) 203-7199

12                Attorneys for Plaintiffs
               Avago Technologies General IP PTE Ltd. and Avago Technologies

13                ECBU IP PTE Ltd.

14
               By:_____/s/_____

15                          Samuel Lu

16                Yitai Hu (SBN 248085) (yitai.hu@alston.com)
               Elizabeth H. Rader (SBN 184963) (elizabeth.rader@alston.com)

17                S. H. Michael Kim (SBN 203491) (michael.kim@alston.com)
               ALSTON & BIRD LLP

18                Two Palo Alto Square
               3000 El Camino Real, Suite 400

19                Palo Alto, California 94306-2112
               Telephone:     650-838-2000

20                Facsimile:     650-838-2001

21
               Frank Smith (*Pro Hac Vice*) (frank.smith@alston.com)

22                T. Hunter Jefferson (*Pro Hac Vice*)
               ALSTON & BIRD LLP

23                1201 West Peach Tree Street
               Atlanta, Georgia 30309-3424

24                Telephone:     404-881-7000
               Facsimile:     404-881-7777

25                Attorneys for Defendant
               ELAN MICROELECTRONICS CORP.

26
               By:_____/s/_____

27                        Elizabeth H. Rader

28

## **IT IS SO ORDERED AS MODIFIED**

The Court GRANTS the parties a brief continuance of the Case Management Conference. On December 7, 2009 at 10 a.m., the parties shall appear for a Case Management Conference. On or before November 27, 2009, the parties shall file a Case Management Conference Statement.

The Court also continued Defendants' Motion for Certification for Interlocutory Appeal (Docket Item No. 721) from November 23, 2009 to **December 7, 2009 at 9:00 AM.** The parties may stipulated to a briefing schedule but all briefing shall be completed on or before **November 13, 2009.**

Dated: October 22, 2009

By _____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE