IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies General IP PTE Ltd., et al.,<br><br>     Plaintiffs,<br>  v.<br><br>Elan Microelectronics Corp.,<br><br>     Defendant. | NO. C 04-05385 JW<br><br>**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

On December 7, 2009, the Court conducted a Further Case Management Conference. Counsel for the respective parties were present. Based on the discussion at the Conference, the Court ORDERS as follows:

(1) On or before **December 18, 2009**, the parties shall file a Stipulation with respect to a mediation process, which shall include a selection of a mediator and a time frame for completion of such mediation.

(2) On **March 19, 2010 at 9 a.m.**, the parties shall appear for a Further Claim Construction hearing. Each side shall have 20 minutes to present their case. The parties may stipulate to an appropriate simultaneous briefing schedule. However, all briefing shall be completed on or before **March 5, 2010.**

(3) The Court will conduct a Further Case Management Conference following the Claim Construction hearing on **March 19, 2010.** On or before **March 9, 2010**, the parties

shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' proposed schedule for additional dispositive motions and an update on the parties' settlement efforts.

Dated: December 7, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
David Craig McPhie dmcphie@irell.com
Elizabeth Hannah Rader elizabeth.rader@alston.com
Gary C. Ma gary.ma@finnegan.com
Hsin-Yi Cindy Feng cindy.feng@alston.com
Morgan Chu mchu@irell.com
Richard Elgar Lyon rlyon@irell.com
Samuel Kai Lu slu@irell.com
Sang Hui Michael Kim Michael.Kim@alston.com
Yitai Hu yitai.hu@alston.com

**Dated: December 7, 2009**                    **Richard W. Wieking, Clerk**

                                               **By:  /s/ JW Chambers                    **
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**