IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avago Technologies General IP PTE Ltd., et al., | NO. C 04-05385 JW |
| Plaintiffs, | **SUPPLEMENTAL SCHEDULING ORDER AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Elan Microelectronics Corp., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on August 24, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Further Case Management Statement. (See Docket Item No. 750.) Based on their joint submission, it appears that a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule:

**CASE SCHEDULE**

| | |
|---|---|
| **Opening Supplemental Expert Reports Due** | September 17, 2010 |
| **Rebuttal Supplemental Expert Reports Due** | October 15, 2010 |
| **Last Date for Hearing Dispositive Motions** | December 20, 2010 |

None of the dates set in this Order may be changed without an order of the Court made after a motion is filed pursuant to the Civil Local Rules of Court.

Dated:  August 18, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Heinrich aheinrich@irell.com
David Craig McPhie dmcphie@irell.com
Elizabeth Hannah Rader elizabeth.rader@alston.com
Frank G. Smith frank.smith@alston.com
Hsin-Yi Cindy Feng cindy.feng@alston.com
Jonathan Robert Lange jlange@irell.com
Morgan Chu mchu@irell.com
Samuel Kai Lu slu@irell.com
Sang Hui Michael Kim Michael.Kim@alston.com
Thomas Hunter Jefferson hunter.jefferson@alston.com
Yitai Hu yitai.hu@alston.com

**Dated: August 18, 2010**          **Richard W. Wieking, Clerk**

                                                       **By:** **/s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California