1  IRELL & MANELLA LLP
   Morgan Chu – mchu@irell.com (70446)
2  Samuel K. Lu – slu@irell.com (171969)
   Alan J. Heinrich – aheinrich@irell.com (212782)
3  Jonathan Lange – jlange@irell.com (238056)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:     (310) 277-1010
5  Facsimile:      (310) 203-7199

6  Attorneys for Plaintiffs
   AVAGO TECHNOLOGIES GENERAL IP PTE LTD.
7  and AVAGO TECHNOLOGIES ECBU IP PTE LTD.

8
   ALSTON & BIRD LLP
9  Yitai Hu – yitai.hu@alston.com (248085)
   S.H. Michael Kim – michael.kim@alston.com (203491)
10 Elizabeth Rader – elizabeth.rader@alston.com (184963)
   275 Middlefield Road, Suite 150
11 Menlo Park, California 94025-4008
   Telephone:     (650) 838-2000
12 Facsimile:      (650) 838-2001

13 Attorneys for Defendant
   ELAN MICROELECTRONICS CORP.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP PTE LTD., | Case No. 04-05385 JW (HRL) |
| | Hon. James Ware |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ELAN MICROELECTRONICS CORP., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

STIPULATION OF DISMISSAL
WITH PREJUDICE
(Case No. 04-05385 JW)
2353908

# STIPULATION OF DISMISSAL WITH PREJUDICE

## (WITHOUT A COURT ORDER)

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, by and between (1) plaintiffs and counterclaim-defendants Avago Technologies General IP PTE Ltd. and Avago Technologies ECBU IP PTE Ltd. (collectively, "Avago") and (2) defendant and counterclaim-plaintiff Elan Microelectronics Corp. ("Elan"), through their counsel of record, that the complaint filed by Avago and the counterclaim filed by Elan shall both be dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: December 15, 2010                IRELL & MANELLA LLP

                                        By:      /s/  *Samuel K. Lu*
                                                    Samuel K. Lu

                                        Attorneys for Plaintiffs
                                        AVAGO TECHNOLOGIES GENERAL IP
                                        PTE LTD. and AVAGO TECHNOLOGIES
                                        ECBU IP PTE LTD.

Dated: December 15, 2010                ALSTON & BIRD LLP

                                        By:      /s/  *Yitai Hu*
                                                    Yitai Hu

                                        Attorneys for Defendant
                                        ELAN MICROELECTRONICS CORP.

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, I attest that concurrence in the filing of this document has been obtained from Samuel K. Lu and Yitai Hu.

Dated: December 15, 2010                         /s/ *Jonathan Lange*
                                                    Jonathan Lange

STIPULATION OF DISMISSAL
WITH PREJUDICE
(Case No. 04-05385 JW)
2353908                             - 1 -