IRELL & MANELLA LLP
Morgan Chu – mchu@irell.com (70446)
Samuel K. Lu – slu@irell.com (171969)
Alan J. Heinrich – aheinrich@irell.com (212782)
Jonathan Lange – jlange@irell.com (238056)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:     (310) 277-1010
Facsimile:      (310) 203-7199

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES GENERAL IP PTE LTD.
and AVAGO TECHNOLOGIES ECBU IP PTE LTD.


ALSTON & BIRD LLP
Yitai Hu – yitai.hu@alston.com (248085)
S.H. Michael Kim – michael.kim@alston.com (203491)
Elizabeth Rader – elizabeth.rader@alston.com (184963)
275 Middlefield Road, Suite 150
Menlo Park, California 94025-4008
Telephone:     (650) 838-2000
Facsimile:      (650) 838-2001

Attorneys for Defendant
ELAN MICROELECTRONICS CORP.

*IT IS SO ORDERED*
*[signature] Judge James Ware*
12/15/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP PTE LTD. and AVAGO TECHNOLOGIES ECBU IP PTE LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> ELAN MICROELECTRONICS CORP., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 04-05385 JW (HRL) <br><br> Hon. James Ware <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL
WITH PREJUDICE
(Case No. 04-05385 JW)
2353908

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**(WITHOUT A COURT ORDER)**

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, by and between (1) plaintiffs and counterclaim-defendants Avago Technologies General IP PTE Ltd. and Avago Technologies ECBU IP PTE Ltd. (collectively, "Avago") and (2) defendant and counterclaim-plaintiff Elan Microelectronics Corp. ("Elan"), through their counsel of record, that the complaint filed by Avago and the counterclaim filed by Elan shall both be dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.  The Clerk shall close this file.

Dated: December 15, 2010                    IRELL & MANELLA LLP


                                            By:     /s/ *Samuel K. Lu*
                                                       Samuel K. Lu

                                            Attorneys for Plaintiffs
                                            AVAGO TECHNOLOGIES GENERAL IP
                                            PTE LTD. and AVAGO TECHNOLOGIES
                                            ECBU IP PTE LTD.


Dated: December 15, 2010                    ALSTON & BIRD LLP


                                            By:     /s/ *Yitai Hu*
                                                       Yitai Hu

                                            Attorneys for Defendant
                                            ELAN MICROELECTRONICS CORP.


**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, I attest that concurrence in the filing of this document has been obtained from Samuel K. Lu and Yitai Hu.

Dated: December 15, 2010                         /s/ *Jonathan Lange*
                                                    Jonathan Lange

STIPULATION OF DISMISSAL
WITH PREJUDICE
(Case No. 04-05385 JW)
2353908                                    - 1 -